IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : Case No. 1:24-cv-804 |
| -vs- | : |
| FORTY-THREE THOUSAND THREE HUNDRED FORTY-THREE AND 00/100 DOLLARS ($43,343.00) IN UNITED STATES CURRENCY, | : |
| Defendant. | : |

FILED
JUN 10 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## VERIFIED CLAIM

Now comes Claimant, RAYMOND GORDON AND ATTORNEY BRIAN D JOSLYN, pursuant to the Supplemental Rule for Certain Admiralty and Maritime Claims C(6), and demands restitution of Defendant, Forty-Three Thousand Three Hundred Forty-Three Dollars and 00/100 Dollars ($43,343.00) in United States Currency and claims the right to defend this action. Based upon information and belief, Claimant has bonafide ownership and/or possessory interest in the Defendants property in that she was the rightful owner of said property.

I, RAYMOND GORDON, verify and declare under penalty of perjury that the matters stated in the above Verified Claim are true and correct.

Dated 6-4-24

Respectfully submitted,

RAYMOND GORDON

BRIAN D. JOSLYN (0087386)
ATTORNEY FOR CLAIMANT

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Claim was served via ordinary mail, this 7th day of June 2024, upon the following:

Office of the Clerk
United States District Court
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Rebecca C. Lutzko
United States Attorney
Attn: Asset Forfeiture Unit
801 West Superior Avenue
Suite 400
Cleveland, OH 44113-1852

and via email upon:

Henry F. DeBaggis (0007561)
Assistant United States Attorney
801 West Superior Avenue
Suite 400
Cleveland, OH 44113-1852
Henry.DeBaggis@usdoj.gov

BRIAN D. JOSLYN (0087356)
ATTORNEY FOR CLAIMANT